

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 78167-7-I |
| Respondent, | ) ) ) | UNPUBLISHED OPINION |
| v. | ) ) | |
| H. L., | ) | |
| D.O.B. 6-2-03 | ) ) | FILED: DEC 3 1 2018 |
| Appellant. | ) | |

PER CURIAM — H.L. appeals the sentence imposed following his conviction in juvenile court for two counts of first degree child molestation. H.L. contends, and the State concedes, that the court erroneously checked a box on page 4 of the "Order On Disposition" imposing sex offender treatment as a condition of community supervision. The parties agree that community supervision cannot be imposed in this case and that the matter must be remanded for the court to remove any checks or other indications on the disposition order suggesting that community supervision is part of H.L.'s sentence. We accept the concession of error and remand for correction of the disposition order.

Remanded for amendment of the disposition order.

FOR THE COURT:

Becker, J.

Andrus, J.

Verellen, J.